**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1160**

———————

YU CHEN,

Petitioner,

versus

JOHN ASHCROFT,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals. (A77-713-644)

———————

Submitted: September 8, 2004      Decided: September 24, 2004

———————

Before MOTZ, KING, and DUNCAN, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Thomas V. Massucci, New York, New York, for Petitioner. Peter D. Keisler, Assistant Attorney General, Linda S. Wernery, Senior Litigation Counsel, William C. Minick, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yu Chen, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") denying as untimely her motion to reopen removal proceedings. We have reviewed the record and the Board's order and find no reversible error. Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Chen, No. A77-713-644 (B.I.A. Jan. 13, 2004); see also William v. INS, 217 F.3d 340, 342-43 (5th Cir. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED